UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICK WALKUP, *on behalf of himself*
*and all others similarly situated,*

                          Plaintiff,                    **24 Civ. No. 5799 (MMG)**

      -against-                             **PRE-SETTLEMENT**
                                                                 **CONFERENCE ORDER**

SIMS MUSIC, INC.,

                          Defendant.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Monday, November 18, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 385 009 03#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
                November 6, 2024

                                                                         _____
                                                                   The Honorable Gary Stein
                                                                   United States Magistrate Judge